**File Hashes for IP Address 73.36.14.168**

**ISP:** Comcast Cable
**Physical Location:** Libertyville, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/16/2014 18:47:51 | 9F1BCB13265E3185001B40420DC655A8E1EF7A75 | Double Oh Heaven |
| 11/22/2014 19:48:13 | 6B96FEB1F07DDCD3AA9D89B60CE1BF22F53EF466 | Fuck Me More |
| 10/13/2014 23:17:32 | 9C15AAB6DE602840D5C7FC02459384270FEB32A6 | Playing Dress Up |
| 10/13/2014 23:15:53 | 9B2D98987560366CA5F58EC444BC76A49A868BA1 | Meet My Lover From Austria |
| 10/13/2014 23:14:09 | 7A4995CAD71D31FF581945E35ABE694C7EDE32DC | Paint Me White |
| 10/13/2014 23:09:44 | 089330FBBDFB58C26188A2DD5DDB5F9106CBB73C | In the Blind |
| 10/13/2014 23:05:55 | 2A05E9869A686BCAD59ACBAA0203049202AEAE0C | Sexy In The City |
| 10/13/2014 23:00:52 | A50B927A7A2600D8F6DC2F56E42B8D569F5FC65B | Serving Seduction |
| 06/10/2014 23:23:58 | 1A0A908666866B03D53DB9B2766DC199C09EF070 | Love at First Sight |
| 06/09/2014 02:31:04 | 6660A99B1A6F10B61422A12BB291E574E8B88DF0 | Pretty Little Belle |
| 06/09/2014 02:27:48 | 9FEFF22B7BA424BFB8847B7B41A62450FC059745 | So Right Its Wrong |
| 06/09/2014 02:25:44 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl |
| 06/09/2014 02:22:17 | 5E4C94426F363EC6A29574A4F617250137B8D1BE | Threes Company |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

NIL467